IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| MARQUES CARTER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) CIVIL ACTION |
| v. | ) FILE NO. 1:11-cv-01776-ODE -ECS |
| | ) NOTICE OF SETTLEMENT |
| NCO FINANCIAL SYSTEMS, INC. | ) |
| | ) |
| Defendant. | ) |
| _____ | ) |

**NOTICE IS HEREBY GIVEN** that Plaintiff has filed with the Clerk of the District Court, Northern District of Georgia, Plaintiff's Notice of Settlement with all claims pending having been settled. Plaintiff hereby respectfully requests that this Court allow sixty (60) days within which to complete the settlement and to file a Dismissal in this matter. This Court shall retain jurisdiction over this matter until fully resolved.

**RESPECTFULLY SUBMITTED** this 27th day of July, 2011.

s/Craig J. Ehrlich
Craig J. Ehrlich
Georgia Bar No. 242240
WEISBERG & MEYERS, LLC
5025 N. Central Ave. #602
Phoenix, AZ 85012
(888) 595-9111 ext. 250
(866) 842-3303 (fax)
cehrlich@attorneysforconsumers.com
Attorneys For Plaintiff, Marques Carter

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| MARQUES CARTER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) CIVIL ACTION |
| v. | ) FILE NO. 1:11-cv-01776-ODE -ECS |
| | ) |
| NCO FINANCIAL SYSTEMS, INC. | ) |
| | ) |
| Defendant. | ) |
| _____ | ) |

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 27th, 2011, I electronically filed the foregoing Notice of Settlement with the Clerk of District Court, Northern District of Georgia using the CM/ECF system. Copy of the foregoing was mailed to:

Robert Sheinis
Hall, Booth, Smith & Slover, P.C.
191 Peachtree Street, N.E.
Suite 2900
Atlanta, GA 30303
Attorney for Defendant

                                          WEISBERG & MEYERS, LLC

                                          <u>s/Craig J. Ehrlich</u>
                                          Craig J. Ehrlich
                                          Georgia Bar No. 242240
                                          WEISBERG & MEYERS, LLC