UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

FILED IN CHAMBERS
U.S.D.C. - Atlanta

AUG 3 2011

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

MARQUES CARTER

    Plaintiff,

v.

NCO FINANCIAL SYSTEMS, INC.

    Defendant.

CIVIL ACTION NO.
1:11-CV-1776-ODE

ORDER

The Court having been advised by counsel for the Plaintiff that the above entitled action has been settled, but it appearing that documentation of the settlement has not been concluded,

IT IS ORDERED that this action be DISMISSED without prejudice to the right, upon good cause shown within SIXTY (60) DAYS, to reopen the action if required in the interests of justice.

SO ORDERED, this __3__ day of ~~July~~ August, 2011.

_____
ORINDA D. EVANS
UNITED STATES DISTRICT JUDGE